UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF SOUTHERN )<br>NEW ENGLAND,INC.(Comcast) )<br>                Plaintiff, )<br>                             )<br>      v.                         )<br>                             )<br>RICHARD SOUZA )<br>                Defendant. ) | CIVIL ACTION NO.<br>04-10693-MEL |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid

a conflict arising from a financial interest.

See 28 U.S.C. sec. 455 (b)(4).

                                          MORRIS E. LASKER
                                          UNITED STATES DISTRICT JUDGE

                                          By the Court,

Dated: April 5, 2004                      /s/George H. Howarth
Boston, Massachusetts                  Deputy Clerk