**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:    Civil   No.   04-10693-_____

Title: Comcast of Southern New England V. Richard Souza_____

### N O T I C E

Please take notice that the above-entitled case previously assigned to Judge MORRIS E. LASKER

has been transferred to Judge WILLIAM G., YOUNG    for all further proceedings.  From this date forward the

case number on all pleadings should be followed by the initials WGY .  In addition, please ensure that all future

correspondence with the Clerk's Office has the proper case number  and initials on the lower left hand corner of

the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:    /s/ George H. Howarth_____
Deputy Clerk

Date: April 7, 2004 

_____    Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future
filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street,
Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future
filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street,   Worcester,
MA 01608-2076.

Copies to:        Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                                [ntccsasgn.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:    Civil   No.   04-10693-

Title: Comcast of Southern New England V. Richard Souza

N O T I C E

Please take notice that the above-entitled case previously assigned to Judge MORRIS E. LASKER

has been transferred to Judge WILLIAM G., YOUNG    for all further proceedings.  From this date forward the

case number on all pleadings should be followed by the initials WGY .  In addition, please ensure that all future

correspondence with the Clerk's Office has the proper case number  and initials on the lower left hand corner of

the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK


By:       /s/ George H. Howarth
                    Deputy Clerk


Date: April 7, 2004


_____    Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future
              filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street,
              Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future
              filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street,   Worcester,
              MA 01608-2076.


Copies to:        Counsel, Systems Administrator


(transfer.ntc - 10/96)                                                                                      [ntccsasgn.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:    Civil   No.   04-10693-_____

Title: Comcast of Southern New England V. Richard Souza

N O T I C E

Please take notice that the above-entitled case previously assigned to Judge MORRIS E. LASKER has been transferred to Judge WILLIAM G., YOUNG    for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials WGY .  In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:    /s/ George H. Howarth
Deputy Clerk

Date: April 7, 2004

_____    Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street,   Worcester, MA 01608-2076.

Copies to:        Counsel, Systems Administrator

(transfer.ntc - 10/96)                                         [ntccsasgn.]