UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: 04-10693 MEL |
| | ) | |
| **Plaintiff,** | ) | **AFFIDAVIT OF ATTORNEY FOR** |
| | ) | **PLAINTIFF'S REQUEST** |
| vs. | ) | **FOR DEFAULT** |
| | ) | |
| **Richard Souza** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On April 5, 2004, the Plaintiff filed a Complaint against the Defendant, **Richard Souza**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 25, 2004, the said Defendant was served **last and usual, by Deputy Sheriff Dennis Medeiros** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6.      I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this __15__ day of __July__, 2004.

                              Respectfully Submitted for the Plaintiff,
                              Comcast of Southern New England, Inc.
                              By Its Attorney,

                              John M. McLaughlin
                              **MCLAUGHLIN SACKS, LLC**
                              31 Trumbull Road
                              Northampton, MA 01060
                              Telephone: (413) 586-0865
                              BBO No. 556328