**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Southern NE, Inc.

V.

Richard Souza

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10693 MEL

TO: (Name and address of Defendant)

Richard Souza
41 Mason Street
Fall River, MA 02723

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  APR 5 2004

(By) DEPUTY CLERK



**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 11, 2004

I hereby certify and return that on 6/10/2004 at 01:40 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Disclosure Stmt., Case Coversheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard Souza, 106 Wilcox Street Fall River, MA and by mailing first class mail to the above-mentioned address on 6/10/2004. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15

Deputy Sheriff Dennis Medeiros

*Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 28, 2004

I hereby certify and return that on 6/25/2004 at 01:38 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Disclosure Stmt., Catagory Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard Souza, 41 Mason Street Fall River, MA and by mailing first class mail to the above-mentioned address on 6/25/2004. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15

Deputy Sheriff Dennis Medeiros

*Deputy Sheriff*