UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10693-WGY**

**COMCAST OF SOUTHERN NEW ENGLAND, INC.**
Plaintiff

v.

**RICHARD SOUZA**
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff, Comcast of Southern New England, Inc. for an order of Default for failure of the Defendant, Richard Souza, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 16, 2004.

Tony Anastas,
Clerk

By:   /s/ Marie Bell
          Deputy Clerk

Notice mailed to counsel of record and defendants.